UNITED STATES BANKRUPTCY COURT
FOR NORTHERN DISTRICT OF ILLINOIS

IN RE:

Robyn  Mills                                  CHAPTER: 13
10720 S Ridgeland AVE                         CASE NUMBER: 26-04780
Worth, IL 60482                               CLAIM AMOUNT: $412.00
                                              CLAIM NUMBER: 8


Debtors.

_____


### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM


        COMES NOW, T Mobile/T-Mobile USA INC by Jefferson Capital Systems LLC Assignee , o

T-MOBILE USA INC, and pursuant to Rule 3006,

F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 5/27/2026, in the amount of $412.00.

        T Mobile/T-Mobile USA INC by Jefferson Capital Systems LLC Assignee , on behalf of

T-MOBILE USA INC hereby releases and discharges the Chapter 13

Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter

13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

        This 4th day of June, 2026.


                                 T Mobile/T-Mobile USA INC by Jefferson Capital Sys

                                 By: /s/ Erin Antonson_____
                                 Erin Antonson   Bankruptcy Specialist

                                 T Mobile/T-Mobile USA INC by Jefferson Capital Sys
                                 Assignee for T-MOBILE USA INC
                                 200 14th Avenue E
                                 Sartell, MN 56377
                                 (800) 928-7314

## CERTIFICATE OF SERVICE

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Robyn  Mills<br>10720 S Ridgeland AVE<br>Worth, IL 60482 |
| Debtor's Attorney: | David  Cutler<br>4131 Main ST<br>Skokie, IL 60076 |
| Chapter 13 Trustee: | Thomas H. Hooper<br>150 N. Michigan Ave.<br>Chicago, IL 60601 |

by submitting electronically with the court.

This 4th day of June, 2026.

T Mobile/T-Mobile USA INC by Jefferson Capital Sys

By: /s/ Erin Antonson

Erin Antonson   Bankruptcy Specialist

Jefferson Capital Systems, LLC
Assignee for T Mobile/T-Mobile USA INC by Jefferso
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314